# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTANTINE N. POLITES, pro se | : | COURT OF COMMON PLEAS |
| Plaintiff | : | |
| | : | PHILADELPHIA COUNTY |
| vs. | : | |
| CITY OF PHILADELPHIA | : | CIVIL ACTION |
| Defendants | : | No. No. 19040419 |

JCJ

19cv4345

FILED
SEP 20 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## NOTICE OF REMOVAL

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.**

Pursuant to 28 U.S.C. § 1441, City of Philadelphia (hereinafter "petitioners") through their counsel, Meghan E. Claiborne, Deputy City Solicitor, respectfully petition for the removal of this action to the United States District Court for the Eastern District of Pennsylvania. In support thereof, defendants state the following:

1. In September 2019, plaintiff initiated this action by a Complaint in the Court of Common Pleas in Philadelphia, April Term, 2019; No. 4196. (Exhibit A - Complaint).

2. On September 13, 2019 said Complaint was served on Petitioners at 1515 Arch Street, 14th Floor, Philadelphia, Pennsylvania.

3. Plaintiffs allege that in about early spring 2019 he sustained damages when his civil rights were violated by the defendants. (Exhibit A ).

4. This action may be removed to this Court pursuant to 28 U.S.C. § 1441 since Plaintiffs Complaint contains allegations of violations of the plaintiff's Federal Civil Rights and seeks relief under 42 U.S.C. § 1983. (Exhibit A)

**Wherefore,** petitioners, City of Philadelphia, respectfully request that the captioned

Complaint be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Meghan E. Claiborne
Deputy City Solicitor

*/s/ Meghan E. Claiborne*

**Meghan E. Claiborne**
**Deputy City Solicitor -**
**Attorney I.D. No. 315918**
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5447

Date: 9/20/19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CONSTANTINE N. POLITES, pro se | : | COURT OF COMMON PLEAS |
|---|---|---|
| **Plaintiff** | : | |
| | : | PHILADELPHIA COUNTY |
| vs. | : | |
| CITY OF PHILADELPHIA | : | CIVIL ACTION |
| **Defendants** | : | No. No. 19040419 |

## NOTICE OF FILING OF REMOVAL

TO: Constantine N. Polites
    801 Yale Ave., #1023
    Swarthmore, PA 19018

PLEASE TAKE NOTICE THAT on September 18, 2019 defendant, City of Philadelphia, filed, in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, United States Code, Section 1446(e).

*/s/ Meghan E. Claiborne*

**Meghan E. Claiborne**
**Deputy City Solicitor**
**Attorney I.D. No. 315918**
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5447

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTANTINE N. POLITES, pro se : | COURT OF COMMON PLEAS |
| Plaintiff : | |
| : | PHILADELPHIA COUNTY |
| vs. : | |
| CITY OF PHILADELPHIA : | CIVIL ACTION |
| Defendants : | No. No. 19040419 |

## CERTIFICATE OF SERVICE

I, Meghan E. Claiborne, Deputy City Solicitor, do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the following by First Class Mail, postpaid, on the date indicated below:

TO: Constantine N. Polites
801 Yale Ave., #1023
Swarthmore, PA 19018

Meghan E. Claiborne
Deputy City Solicitor
Attorney I.D. No. 315918
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5447

Date: 9/20/19

Exhibit "A"

# In the Court of Common Pleas of Philadelphia County
## First Judicial District of Pennsylvania

CONSTANTINE N. POLITES, pro se

Plaintiff,

vs.

CITY OF PHILADELPHIA

Defendants,

CIVIL ACTION

No. No. 190404196

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| *You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.* | *Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.* |
| Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>1101 Market St., 11th Floor<br>Philadelphia, Pennsylvania 19107<br>(215) 238-6333 | Asociacion De Licenciados<br>De Filadelfia<br>Servicio De Referencia E<br>Informacion Legal<br>1101 Market St., 11th Piso<br>Filadelfia, Pennsylvania 19107<br>(215) 238-6333 |

Case ID: 190404196

10-284

# In the Court of Common Pleas of Philadelphia County
# First Judicial District of Pennsylvania

CONSTANTINE N. POLITES, pro se

    Plaintiff,

vs.

CITY OF PHILADELPHIA

    Defendants,

CIVIL ACTION

No. 190404196

## PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff is filing this amended complaint pursuant to Order dated 20 August 2019, docketed 27 August 2019 Exhibit A.

1. In early spring 2019 plaintiff visited defendant's offices in the Municipal Services Building to obtain a building permit in order to correct certain violations cited by Licenses and Inspections.

2. Defendant denied plaintiff's request for a building permit citing plaintiff's lack of a Contractor's License.

3. Defendant excludes, from the Contractor's License requirement, owners who occupy one and two unit properties as well as those who intend to occupy their property (undefined) after work is finished Exhibit B.

4. By making the above exclusions, defendant is discriminating against two other groups of owners: the non resident owners of residential and commercial properties and the resident owners of commercial properties.

5. Plaintiff is a non resident owner of a commercial property 617 So.48th St, Phila.

6. Plaintiff request that court eliminate this discrimination by nullifying the imposed Contractor's License as it applies to the above affected groups who wish to do work on their properties.

## RELIEF REQUESTED

Plaintiff requests the Court to exclude plaintiff and all resident and non resident building owners of residential and commercial properties from defendant's Contractor's License to obtain a building permit to perform work on his/ their building.

Respectfully submitted,

*/s/ Constantine N. Polites*
13 September 2019

## In the Court of Common Pleas of Philadelphia County
## First Judicial District of Pennsylvania

| | |
|---|---|
| CONSTANTINE N. POLITES, pro se | |
| Plaintiff, | |
| vs. | CIVIL ACTION |
| CITY OF PHILADELPHIA | No. 190404196 |
| Defendants, | |

# ORDER

Plaintiff has stated the specific cause of action he is attempting to bring and has satisfied the requirement for legal sufficiency and sufficient specificity.

_____ J.

# In the Court of Common Pleas of Philadelphia County
# First Judicial District of Pennsylvania

| | |
|---|---|
| CONSTANTINE N. POLITES, pro se | |
| Plaintiff, | |
| vs. | CIVIL ACTION |
| CITY OF PHILADELPHIA | No. 190404196 |
| Defendants, | |

## CERTIFICATE OF SERVICE

I, Constantine N. Polites, do hereby certify that a true and correct copy of the foregoing Complaint has been served upon the defendant City of Philadelphia by the Court of Common Pleas by electronic means on this date.

*/s/ Constantine N. Polites*
13 September 2019


Philadelphia Law Dept.　　　　　　　　　　　　Constantine N. Polites
1515 Arch Street, 14 ht Floor　　　　　　　　　　801 Yale Ave.,#1023
Philadelphia, PA 19102　　　　　　　　　　　　Swarthmore, PA 19018
　　　　　　　　　　　　　　　　　　　　　　　610 543 4336
　　　　　　　　　　　　　　　　　　　　　　　polites@scaffolding.com

Case ID: 190404196

# Exhibit A

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

| | | |
|---|---|---|
| CONSTANTINE POLITES | : | APRIL TERM, 2019 |
| v. | : | NO. 4196 |
| CITY OF PHILADELPHIA | : | Control No. 19073024 |

## ORDER

AND NOW, this 20th day of August 2019, upon consideration of Defendant's Preliminary Objections to Plaintiff's Amended Complaint, and the response thereto, it is hereby **ORDERED** and **DECREED** as follows:

- Defendant's Preliminary Objections arguing legal insufficiency and insufficient specificity are **SUSTAINED WITHOUT PREJUDICE** and Plaintiff is granted leave to file a Second Amended Complaint;[1] and

- Defendant's remaining Preliminary Objection arguing failure to exercise or exhaust a statutory remedy is **OVERRULED**.

Plaintiff is granted leave of twenty (20) days from the date of docketing of this Order to file a Second Amended Complaint.

BY THE COURT:

_____ J.

DOCKETED
AUG 27 2019
JUDICIAL RECORDS

Polites Vs City Of Phil-ORDER
19040419600037

---

[1] Plaintiff has failed to state the specific cause of action he is attempting to bring.

Case ID: 190404196

https://business.phila.gov/licenses-and-inspections-building-permits        EXHIBIT B

/Building Permits

**Contractor Requirements All work must be performed by a <u>licensed Philadelphia Contractor</u> with the following exceptions**

- Work may be performed by an owner residing on the premises of an existing one or two family dwelling.
- Work may be performed on an existing one or two family dwelling by a registered <u>PA Home Improvement Contractor</u> maintaining a Philadelphia <u>Commercial Activity License</u>.

# In the Court of Common Pleas of Philadelphia County
# First Judicial District of Pennsylvania

CONSTANTINE N. POLITES, pro se

    Plaintiff,

vs.      CIVIL ACTION

CITY OF PHILADELPHIA      No. 190404196

    Defendants,

## VERIFICATION

Plaintiff Constantine N. Polites states that foregoing facts are true to the best of his knowledge and belief.

*/s/Constantine N. Polites*
13 September 2019

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSTANTINE N. POLITES, pro se** | : | **COURT OF COMMON PLEAS** |
| **Plaintiff** | : | |
| | : | **PHILADELPHIA COUNTY** |
| vs. | : | |
| **CITY OF PHILADELPHIA** | : | **CIVIL ACTION** |
| **Defendants** | : | **No. No. 19040419** |

### NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant, City of Philadelphia (collectively, the "Removing Defendant"), by and through undersigned counsel, hereby give notice that they have filed in the United States District court for the Eastern District of Pennsylvania the attached Notice of Removal (without exhibits) of the above-captioned action.

Pursuant to 28 U.S.C. § 1446, the filing of this Notice effects the removal of this action to the federal court, and this Court is directed to "proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Respectfully submitted,

Date: September 18, 2019

Meghan E. Claiborne, Esquire
Deputy City Solicitor

JS 44 (Rev 09/19)   JCJ                 CIVIL COVER SHEET                    19cv4345

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Constantine N. Polites, Pro Se

**DEFENDANTS**
City Of Philadelphia
One Parkway Building - 14th Floor

**(b)** County of Residence of First Listed Plaintiff    Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Constantine N. Polites, Pro Se
801 Yale Ave., #1023 Swarthmore, PA 19018

Attorneys *(If Known)*
Meghan E. Claiborne, Esquire
1515 Arch Street - 14th Floor, Philadelphia, PA 19102

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) / ☐ 863 DIWC/DIWW (405(g)) / ☐ 864 SSID Title XVI / ☐ 865 RSI (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | | ☐ 850 Securities/Commodities/ Exchange |
| | | ☐ 790 Other Labor Litigation | | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty **Other:** | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education / ☐ 550 Civil Rights / ☐ 555 Prison Condition / ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. Section 1983
Brief description of cause:
Equal Rights Protection

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P
- **DEMAND $**
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)* JUDGE                 DOCKET NUMBER     SEP 20 2019

DATE                 SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

JCJ

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

19cv4345

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __Constantine N. Polites, 801 Yale Ave., #1023, Swarthmore, PA 19018__

Address of Defendant: __City of Philadelphia Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA__

Place of Accident, Incident or Transaction: __Philadelphia, PA__

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 9/18/2019                                                                 315918
                 *Attorney-at-Law / Pro Se Plaintiff*            *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A. Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☑ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
*(Please specify)*

**B. Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify)* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
*(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record or pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

☐ Relief other than monetary damages is sought.

SEP 20 2019

DATE: _____
                 *Attorney-at-Law / Pro Se Plaintiff*            *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38

*Civ. 609 (5/2018)*

JCJ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTANTINE N. POLITES, pro se | : | COURT OF COMMON PLEAS |
| Plaintiff | : | |
| | : | PHILADELPHIA COUNTY |
| vs. | : | |
| | : | 19cv 4345 |
| CITY OF PHILADELPHIA | : | CIVIL ACTION |
| | : | No. No. 19040419 |
| Defendants | : | |

## CERTIFICATE OF SERVICE

### CASE MANAGEMENT TRACK DESIGNATION FORM

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus -- Cases brought under 28 U.S.C. §2241 through § 2255.     ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.     ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.     ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from
exposure to asbestos.     ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)     ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks.     ( X )

9/20/19                 _____         Defendants
Date                     Meghan E. Claiborne, Esq.          Attorney for

(215) 683-5447          (215) 683-5397                      Meghan.Claiborne@phila.gov

Telephone               FAX Number                          E-mail Address

(Civ 660) 10/02                                             SEP 20 2019