IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSTANTINE N. POLITES,** : | | **CIVIL ACTION** |
| Plaintiff, : | | |
| : | | |
| v. : | | **NO. 19-4345** |
| : | | |
| **CITY OF PHILADELPHIA,** : | | |
| Defendant. : | | |

## ORDER

**AND NOW**, this _____ day of _____, 2019, upon consideration of Plaintiff's Motion to Remand in the form of a Letter Response to Defendant's Notice of Removal, and Defendant's response thereto, it is hereby **ORDERED** that Plaintiff's Motion to Remand in the form of a Letter Response to Defendant's Notice of Removal is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Second Amended Complaint is remanded to the Philadelphia Court of Common Pleas for further proceedings.

**SO ORDERED:**

_____
Joyner, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTANTINE N. POLITES, : | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 19-4345 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| Defendant. | : | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND IN THE FORM OF A LETTER RESPONSE TO DEFENDANT'S NOTICE OF REMOVAL**

Defendant, City of Philadelphia (the "City"), by and through the undersigned counsel, hereby files this Response to Plaintiff's Motion to Remand in the form of a Letter Response to Defendant's Notice of Removal ("Letter Response"). [Dkt. 2].

On September 13, 2019, Plaintiff, Constantine N. Polites ("Plaintiff"), filed a second amended complaint ("Second Amended Complaint") *pro se* against Defendant, City of Philadelphia (hereinafter "Defendant" or "City") in the Philadelphia Court of Common Pleas. *See* Second Amended Complaint (hereinafter cited as "Second Am. Cmplt."), at Dkt. 1. On September 20, 2019, the City removed the Seconded Amended Complaint to federal court on the basis that Plaintiff asserts an equal protection claim. *Id.*

On October 1, 2019, Plaintiff filed his Letter Response to the City's removal. In his Letter Response, Plaintiff appears to argue that he employed the expression "discrimination against commercial properties" as employed by the Supreme Court of Pennsylvania in *Valley Forge Towers Apartments N, LP v. Upper Merion Area Sch. Dist.*, 163 A.3d 962 (Pa. 2017). Letter Reponses at ¶3. Plaintiff further clearly states that the City's characterization of Plaintiff's

Second Amended Complaint as being a Federal Civil Rights discrimination matter "is without merit." *Id.* at ¶1.

The City acknowledges that *pro se* pleadings are to be liberally construed. *See Haines v. Kerner*, 404 U.S. 519 (1972). Therefore, without assessing the merit of Plaintiff's allegations in the context of supporting a state law claim, the City adopts Plaintiff's assertion that he has not raised a Federal Civil Rights claim and does not oppose Plaintiff's request to remand Plaintiff's Second Amended Complaint to the Philadelphia Court of Common Pleas for further proceedings.

Date:  October 7, 2019                                          Respectfully submitted,

                                                                                  */s/ Meghan E. Claiborne*_____
                                                                                  Meghan E. Claiborne, Esquire
                                                                                  Deputy City Solicitor
                                                                                  Pa. Attorney ID No. 315918
                                                                                  City of Philadelphia Law Department
                                                                                  1515 Arch Street, 14th Floor
                                                                                  Philadelphia, PA 19102
                                                                                  (215) 683-5447
                                                                                  meghan.claiborne@phila.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSTANTINE N. POLITES,** : | | CIVIL ACTION |
| **Plaintiff,** : | | |
| : | | |
| v. : | | NO. 19-4345 |
| : | | |
| **CITY OF PHILADELPHIA,** : | | |
| **Defendant.** : | | |

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, the Defendant's Response to Plaintiff's Motion to Remand in the form of a Letter Response to Defendant's Notice of Removal was filed via the Court's electronic filing system and is available for downloading.

I further certify that on the date below, a copy of Defendant's Response to Plaintiff's Motion to Remand in the form of a Letter Response to Defendant's Notice of Removal was also served upon the following via first-class mail:

Constantine N. Polites
801 Yale Ave. #1023
Swathmore, PA 19018
*Plaintiff Pro Se*

Date:  October 7, 2019                              Respectfully submitted,


                                                   */s/ Meghan E. Claiborne*
                                                   Meghan E. Claiborne