IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTANTINE N. POLITES,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 19-4345 |
| CITY OF PHILADELPHIA,<br>Defendant. | : | |

## ORDER

AND NOW, this 9th day of October, 2019, upon consideration of Plaintiff's Motion to Remand in the form of a Letter Response to Defendant's Notice of Removal, and Defendant's response thereto, it is hereby **ORDERED** that Plaintiff's Motion to Remand in the form of a Letter Response to Defendant's Notice of Removal is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Second Amended Complaint is remanded to the Philadelphia Court of Common Pleas for further proceedings.

**SO ORDERED:**

_____
Joyner, J.